JONATHAN R. HOLT *versus* EBENEZER H. BARRETT.

An action, commenced before a justice of the peace, cannot be brought into this Court by an appeal from the District Court.

WELLS J. — This case was originally commenced before a justice of the peace, and brought by appeal from the District Court to this Court.

In *New Gloucester* v. *Danville*, 25 Maine R. 492, it was decided, that § 13, c. 97, Rev. Stat. has reference merely to actions originated in the District Court.

In the case of *Putnam* v. *Oliver*, 28 Maine R. 442, it was also decided, that an action originally commenced before a justice of the peace could not be brought by appeal, from the District Court to this Court.

The eighteenth section of the same chapter gives a remedy to the aggrieved party, in such cases, by exceptions to the opinion of the Judge of the District Court.

The appeal must therefore be dismissed.

*A. Waterhouse,* for plaintiff.

*S. W. Robinson,* for defendant.